UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
1130 O Street, Room 5419
Fresno, California 93721
559-498-7341

FILED

2005 SEP 16 P 2: 09

CLERK, US DIST. COURT
E... TERN D... OF CALIF

BY_____

Honorable Anthony W. Ishii
United States District Judge

September 14, 2005

MEMORANDUM

TO: Defense Counsel
A.U.S.A. Kimberly Kelly

FROM: Anthony W. Ishii

SUBJECT: United States v. Carlos Garcia-Valencia, et al. Case No. CR-F-04-5328
Disclosures from relevant A-Files

    Pursuant to court order after hearing on motions on September 12, 2005, the court met with a representative from U.S. Immigration and Customs Enforcement regarding disclosures from the relevant Alien Registration Files (A-Files) of certain individuals arrested on November 3, 2004 who were identified by defense counsel as having provided potentially exculpatory evidence for defendants. Defense counsel requested information from relevant A-Files that might assist defendants in locating and identifying these certain individuals.
    With this in mind, the court has again reviewed the respective A-Files of Ignacio Medina Garcia, Francisco Javier Torres-Montaegudo and Rafael Lopez. The court has determined that the A-Files of these individuals contain a Form 213, the cover page which includes their respective physical descriptions and photos. Therefore, attached to this memorandum is a photocopy of the cover page of the Form 213 for each of the aforementioned individuals.

Attachments

U.S. Department of Justice
Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Family Name / First Name | | | | Sex | Hair | Eyes | Cmplx |
|---|---|---|---|---|---|---|---|
| MEDINA Garcia, Ignacio | | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport No. & Country of Issue | Case No: FRE0511000030 | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | A096 404 190 | 61 | 130 | LABORER |

U.S. Address:
FRESNO COUNTY JAIL
FRESNO, CALIFORNIA 93721

Scars and Marks:

| Date, Place, Time, and Manner of Last Entry | Passengers Boarded at | FBI Number | |
|---|---|---|---|
| 3//1995, Unknown Time, SYS, PWA AFOOT | | 108904WB2 | |

Number, Street, City, Province (State) and Country of Permanent Residence:

Method of Location/Apprehension:
CAP 511.5

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 07/22/1975  Age: 29 | 11/04/2004 | SFR/FRE | FRESNO, CALIFORNIA | 11/03/2004 0000 |

| City, Province (State) and Country of Birth | AR ☒ | Form (Type and No) | Lifted ☐  Not Lifted ☐ | By |
|---|---|---|---|---|
| MICHOACAN, MEXICO | | | | DENISE CARRENO |

| SIV Issuing Post and SIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | IN INSTITUTION |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | OVER 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | None known |

Name, Address, and Nationality of Spouse (Maiden Name if Appropriate) Nationality: MEXICO
SANCHEZ, Yesenia
MEXICO

Number and Nationality of Minor Children
4 USC

Father's Name, Nationality, and Address if Known Nationality: MEXICO
MEDINA, Gonzalo
DECEASED
MEXICO

Mother's Present and Maiden Names, Nationality, and Address, if Known
GARCIA, Domatila
DECEASED
MEXICO

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes ☒ No ☐ | INS Systems Checks See Narrative | Charge Code Word(s) I6A |
|---|---|---|---|

| Name and Address of (Last) (Current) U.S. Employer | Type of Employment | Salary Hr. | Employed from/to / / / / |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

MOTHER'S NATIONALITY
MEXICO

INS SYSTEMS CHECKS
Central Index System Negative
National Crime Information Center Negative

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by BENCOMO

Subject is one of fifty-five aliens apprehended during the service of Search Warrants as part of Operation Mariposa. Operation Mariposa is a Joint California State Bureau of Narcotics Enforcement and the Federal Drug Enforcement Agency operation targeting a group of individuals involved in the cultivation and preparation and sales of Marijuana and the production and distribution of Methamphetamine.

On November 3, 2004, several state, local and federal agencies jointly served Federal Search Warrants at fifteen locations in Merced and Fresno Counties. The warrants resulted in the seizure of 3,640 pounds of Marijuana, nine kilos of Cocaine, twelve firearms, including an AK47 and a sub-machine pistol, and $10,000.00 in cash.

HECTOR B. BENCOMO
SPECIAL AGENT

Alien has been advised of communication privileges   Date/Initial

Distribution
FILE
ADMIN
DRO

62!852
12-3-04

Record of Sworn Statement in Proceedings
HECTOR B. BENCOMO
December 2, 2004

Warrant of Arrest/Notice to Appear
PAUL LEONARDI

U.S. Department of Justice
Immigration and Naturalization Service

## Record of Deportable/Inadmissible Alien

| Family Name: TORRES Monteagudo | First: Francisco | Middle: Javier | | Sex: M | Hair: BLK | Eyes: BRO | Cmplx: MED |
|---|---|---|---|---|---|---|---|
| Country of Citizenship: MEXICO | Passport Number and Country of Issue: | File Number: Case No: FRE0511000030 A096 404 186 | | Height: 70 | Weight: 180 | Occupation: LABORER | |
| U.S. Address: IN SERVICE CUSTODY | | | | Scars and Marks: See Narrative | | | |
| Date, Place, Time, and Manner of Last Entry: 5//2004, Unknown Time, SYS, PWA(AFOOT) | | | Passenger Boarded at: | FBI Number: | | | |
| Number, Street, City, Province (State) and Country of Permanent Residence: | | | | Method of Location/Apprehension: CAP 511.5 | | | |
| Date of Birth: 12/14/1987   Age: 16 | Date of Action: 11/04/2004 | | Location Code: SFR/FRE | At/Near: FRESNO, CALIFORNIA | | Date/Hour: 11/04/2004 0000 | |
| City, Province, State, and Country of Birth: CORTIJA, MICHOACAN, MEXICO | AR: X | Form - Type and No: | Lifted / Not Lifted | By: HECTOR B. BENCOMO | | | |
| AV Issuing Post and AV Number: | | Social Security Account Name: | | Status at Entry: PWA Mexico | | Status When Found: IN INSTITUTION | |
| Date Visa Issued: | | Social Security Number: | | Length of Time Illegally in U.S.: OVER 1 YEAR | | | |
| Immigration Record: NEGATIVE | | | Criminal Record: None known | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate): | | | | Number and Nationality of Minor Children: CLAIMS NONE | | | |
| Father's Name, Nationality and Address, if Known  Nationality: MEXICO TORRES SANDOVAL, Luis MEXICO | | | | Mother's Present and Maiden Names, Nationality and Address if Known: MONTEAGUDO PADILLA, Maria Antonia Nationality: MEXICO | | | |
| Monies Due/Property in U.S. Not in Immediate Possession: | | Fingerprinted? Yes X  No | | INS Systems Checks: See Narrative | | Charge Code Words: I6A | |
| Name and Address of (Last)(Current) U.S. Employer: | | Type of Employment: | | Salary: Hr | Employed from to: / /    / / | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details as to time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate interior.)

SCARS, MARKS AND TATTOOS
TATTOO LEG, RIGHT, NONSPECIFIC

INS SYSTEMS CHECKS
Central Index System Negative
National Crime Information Center Nega

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by BENCOMO

Subject is one of fifty-five aliens apprehended during the service of Search Warrants as part of Operation Mariposa. Operation Mariposa is a Joint California State Bureau of Narcotics Enforcement and the Federal Drug Enforcement Agency operation targeting a group of individuals involved in the cultivation and preparation and sales of Marijuana and the production and distribution of Methamphetamine.

On November 3, 2004, several state, local and federal agencies jointly served Federal Search Warrants at fifteen locations in Merced and Fresno Counties. The warrants resulted in the seizure of 3,640 pounds of Marijuana, nine Kilos of Cocaine, twelve firearms, including an AK47 and a sub-machine pistol, and $10,000.00 in cash.

IDENTED
16278767
12-6021
OFFICER ID: #19

HECTOR B. BENCOMO
SPECIAL AGENT

| Alien has been advised of communication privileges | Date Initiated | Report of Subject and Documents / Report of Interview: HECTOR B. BENCOMO | |
|---|---|---|---|
| Distribution: FILE ADMIN DRO | | December 3, 2004 Warrant of Arrest/Notice to Appear PAUL LEONARDI | |

**U.S. Department of Justice**
Immigration and Naturalization Service

## Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| LOPEZ-Hernandez, | Rafael | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | Case No: FRE0511000030 File Number A096 404 238 | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | | 66 | 180 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| IN SERVICE CUSTODY | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single ☐ Divorced ☒ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| 10//1999, Unknown Time, SYS, PWA(AFOOT) | | | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| MEXICO | CAP 511.5 |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 10/11/1970   Age: 34 | 11/04/2004 | SFR/FRE | FRESNO, CALIFORNIA | 11/04/2004 1024 |

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) | Lifted ☐ | Not Lifted ☐ | By |
|---|---|---|---|---|---|
| , MEXICO | | | | | KEVIN LOKER |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | PWA Mexico | IN INSTITUTION |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | OVER 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | None known |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) Nationality: MEXICO | Number and Nationality of Minor Children |
|---|---|
| BARCELO, Lucia | THREE MEX |

| Father's Name, Nationality, and Address, if Known Nationality: MEXICO | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| LOPEZ, Miguel MEXICO | HERNANDEZ, Carmen Nationality: MEXICO MEXICO |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted Yes ☒ No ☐ | INS Systems Checks |
|---|---|---|

| Name and Address of (Last)/(Current) U.S. Employer | Type of Employment | Salary |
|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by LOKER

Subject is one of fifty-five aliens apprehended during the service of Search Warrants as part of Operation Mariposa. Operation Mariposa is a Joint California State Bureau of Narcotics Enforcement and the Federal Drug Enforcement Agency operation targeting a group of individuals involved in the cultivation and preparation and sales of Marijuana and the production and distribution of Methamphetamine.

On November 3, 2004, several state, local and federal agencies jointly served Federal Search Warrants at fifteen locations in Merced and Fresno Counties.
The warrants resulted in the seizure of 3,640 pounds of Marijuana, nine Kilos of Cocaine, twelve firearms, including an AK47 and a sub-machine pistol, and $10,000.00 in cash.

All the individuals arrested during the service of the Warrants were transported to Fresno, California and subsequently booked into the Fresno County Jail. Upon being interviewed by agents from the Fresno ICE office Fifty-five were identified as aliens. A small number were found to be Legal Resident Aliens or to have some other legal status, however the majority were found to be undocumented.

KEVIN LOKER
SPECIAL AGENT
(Signature and Title of INS Official)

Alien has been advised of communication privileges _____ (Date/Initials)

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| FILE ADMIN DRO | Officer: KEVIN LOKER |
| IDENTED # 16218552 DATE: 12-3-04 OFFICER ID: 21 | on: November 4, 2004 at 1138 (time) Disposition: VR Examining Officer: PAUL LEONARDI |