

1 JOAN JACOBS LEVIE, #179787
LAW OFFICES OF JOAN JACOBS LEVIE
2 2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
3 TELEPHONE: (559) 498-8155
FACSIMILE: (559) 498-8165
4
Attorney for Defendant, CARLOS GARCIA-VALENCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| UNITED STATES OF AMERICA | CASE NO. CR-F-04-5328 AWI |
|---|---|
| Plaintiff, | **ORDER RELEASING CARLOS GARCIA-VALENCIA AS A MATERIAL WITNESS PURSUANT TO 18 U.S.C. § 3144** |
| vs. | |
| CARLOS GARCIA-VALENCIA | |
| Defendant. | |

Material witness, Carlos Garcia-Valencia, is currently being held in the Fresno County jail by the United States Marshal's Office. He gave and completed a videotaped deposition on December 20, 2005. All counsel had been served a notice of deposition. The government was represented at the deposition by assistant U.S. attorneys Laurel Montoya and Kimberly Kelly. The defense was represented by Scott Quinlan, Harry Drandell, and Steven Mensel. The witness was represented by attorney Joan Jacobs Levie.

On December 21, 2005, Mr. Garcia-Valencia was provided a copy of the deposition transcript for review. He was assisted by certified Spanish language interpreter, Patricia Bedolla, in the presence of counsel, Joan Jacobs Levie. He executed a declaration under penalty of perjury that he read the transcript and that it is true and correct to the best of his knowledge, including any corrections that he has made.

**IT IS HEREBY ORDERED** that material witness, Carlos Garcia- Valencia, be immediately released from the Fresno County jail, pursuant to 18 U.S.C. § 3144.

IT IS SO ORDERED.

Dated: December 21, 2005

_____
UNITED STATES DISTRICT JUDGE

-2-