FILED

2005 DEC 21  P 4:48

CLERK, US DIST. COURT
EASTERN DISTRICT OF CALIF
BY_____
DEPUTY

1  JOAN JACOBS LEVIE, #179787
   LAW OFFICES OF JOAN JACOBS LEVIE
2  2014 TULARE STREET, SUITE 528
   FRESNO, CALIFORNIA 93721
3  TELEPHONE: (559) 498-8155
   FACSIMILE: (559) 498-8165
4
   Attorney for Defendant, CARLOS GARCIA-VALENCIA
5

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

                              * * * * *

| UNITED STATES OF AMERICA | CASE NO. CR-F-04-5328 AWI |
|---|---|
| Plaintiff, | ORDER AFTER HEARING REGARDING PAYMENT OF FEES FOR DEPOSITION OF MATERIAL WITNESS, CARLOS GARCIA-VALENCIA AND COSTS OF TRANSCRIPT |
| vs. | |
| CARLOS GARCIA-VALENCIA | |
| Defendant. | |

   **IT IS HEREBY ORDERED** that the United States Marshal's Office pay all necessary fees and costs incurred with respect to the deposition of material witness, Carlos Garcia-Valencia, and preparation of transcripts, said deposition taken on December 21, 2005. In addition, the Court orders that an overnight transcript be provided in the matter.

   IT IS SO ORDERED.

   Dated: December 21, 2005

                                              _____
                                              UNITED STATES DISTRICT JUDGE

-1-